

1997 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-23-1997

# United States v. Martin

Precedential or Non-Precedential:

Docket 96-7373

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1997

Recommended Citation

"United States v. Martin" (1997). *1997 Decisions.* Paper 137.
http://digitalcommons.law.villanova.edu/thirdcircuit_1997/137

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1997 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

```
             UNITED STATES COURT OF APPEALS
                 FOR THE THIRD CIRCUIT




                        96-7373
                   USA v. MARTIN


        The following modifications have been made to the Court's
    opinion issued on 6/18/97 in the above-entitled appeal and will
    appear as part of the final version of the opinion:
```

**Page 2, paragraph 4, line 1:**

please replace the word "days" with the word
                              "months"

```
                                    /s/ P. Douglas Sisk,
                                            Clerk




    Date:  June 20, 1997
```